# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL, | 1:08-cv-00246 LJO SMS HC |
|       Petitioner, | FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS |
|   v. | |
| UNITED STATES COMMISSIONER, | [Doc. 1] |
|       Respondent. | |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Petitioner filed the instant petition for writ of habeas corpus on February 19, 2008. Petitioner is currently in custody at the United States Penitentiary, Atwater, California, pursuant to an out-of-state federal criminal conviction. (See Petition, at 1, citing CR 90-03-01-PHX-EHC/CR 90-03-01-PHX-RCB.)

      Although Petitioner cites to 28 U.S.C. § 2007, and claims that the debt owed against the United States should be discharged via the bond submitted by Petitioner, the Court cannot determine the nature of Petitioner's claim(s). (Petition, at 3.) Petitioner has raised incoherent claims regarding his underlying criminal convictions, and Petitioner fails to state a claim under 2241 or any other applicable federal law. As such, the instant petition must be dismissed for failure to state a claim for relief.

## RECOMMENDATION

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. The instant petition for writ of habeas corpus be DISMISSED for failure to state a cognizable claim; and,

2. Judgment be entered, thereby terminating this action.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   April 3, 2008**              /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE