**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES COMMISSIONER,<br><br>　　　　　Respondent.<br>_____/ | 1:08-cv-00246 LJO SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Docs. 4, 5, 6] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On April 4, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

　　　　On May 2, 2008, Petitioner filed timely objections to the Findings and Recommendation, along with an amended petition. (Court Docs. 5, 6.)  Although a Petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas), 144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995), the Court has reviewed the Amended Petition and it

suffers the same defects as that of the original petition. That is, the Amended Petition is compiled with incoherent and nonsensical rambling about various issues of which the Court cannot decipher the intent and nature of Petitioner's claim(s). As such, Petitioner fails to state a cognizable claim under § 2241 or any other applicable federal law.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 4, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED; and,
3. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 14, 2008**                             /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE